UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall Loskot, et al., | No. C 04-5457 WDB |
|       Plaintiffs, | ORDER REFERRING CASE TO ADR DEPARTMENT |
|   v. | |
| Days Inn San Rafael, et al., | |
|       Defendant(s). | |

Pursuant to the parties' request, the Court hereby refers this matter to the ADR Department. The Court requests that a mediator be assigned to conduct a mediation **by September 5, 2005.**

IT IS SO ORDERED.

Dated: July 5, 2005

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB, ADR.

1