UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall Loskot, et al., | No. C 04-5457 WDB |
| Plaintiffs, | ORDER RESPONDING TO PARTIES' REQUEST TO RETAIN JURISDICTION |
| v. | |
| Days Inn San Rafael, et al., | |
| Defendant(s). | |

The Court has received the parties' stipulation of dismissal and proposed order thereon. The parties request that the Court retain jurisdiction to enforce their settlement agreement. To enable the undersigned to effectuate their request, the parties are hereby ORDERED to jointly submit a proposed Order of Dismissal **by October 24, 2005,** that (i) attaches the parties' settlement agreement; (ii) includes language sufficient to incorporate the parties' settlement agreement into the proposed Order of Dismissal; (iii) includes language sufficient for the retention of jurisdiction by this Court; and (iv) includes language that requires the parties' compliance with the settlement contract. *See*, *e.g.*, Morton Denlow, Federal Jurisdiction In The Enforcement Of Settlement Agreements: *Kokkonen* Revisited, 2003 Fed Cts. L. Rev. 2.

The parties may request that the Court file the (proposed) Order of Dismissal under seal, in which case they should submit the proposed Order manually, rather than through the

///

1

1  Court's electronic filing system.

2      IT IS SO ORDERED.

3

4  Dated:   October 7, 2005       /s/  Wayne D. Brazil
                                           WAYNE D. BRAZIL
5                                             United States Magistrate Judge

6  Copies to:
   Parties, WDB.