THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs MARSHALL LOSKOT
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DAYS INN SAN RAFAEL; IRVING B. LITCHFIELD JR. and CLETUS A. LATHIGEE, as trustees for the LITCHFIELD REVOCABLE TRUST; and SAN RAFAEL MOTEL INVESTMENTS LLC.,<br><br>Defendants.<br>_____ | **CASE NO. C04-5457 WDB**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

The parties, by and through their counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Mutual Settlement Agreement and Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. A true and correct copy of the subject Agreement is attached hereto and incorporated herein as Exhibit "A," and the parties consent to the Court retaining jurisdiction over enforcement thereof. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between parties to this action through their |
| 2 | designated counsel that the above-captioned action be and hereby is dismissed with prejudice |
| 3 | pursuant to Federal Rules of Civil Procedure section 41(a)(1). |
| 4 | This stipulation may be executed in counterparts, all of which together shall constitute |
| 5 | one original document. |

Dated: October 7, 2005         THOMAS E. FRANKOVICH
                               *A PROFESSIONAL LAW CORPORATION*

                               By:   /s/ Jennifer L. Steneberg
                                     Jennifer L. Steneberg
                               Attorneys for Plaintiffs MARSHALL LOSKOT
                               and DISABILITY RIGHTS, ENFORCEMENT,
                               EDUCATION SERVICES

Dated: October 7, 2005         VERNARDI • ELAM, LLP

                               By:   /s/ H. Larry Elam
                                     H. Larry Elam
                               Attorneys for Defendant DAYS INN SAN
                               RAFAEL and SAN RAFAEL MOTEL
                               INVESTMENTS LLC

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary. The parties are ORDERED to comply with the terms of their Settlement Agreement.

Dated: __10-11__, 2005

IT IS SO ORDERED
Judge Wayne D. Brazil

Hon. _____
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON             2